1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11
12

DREW MOSS and SAHAR MALEKSAEEDI, individually and on behalf of all others similarly situated,

CASE NO. 11cv0906-LAB (JMA)

**ORDER OF DISMISSAL**

13

                                  Plaintiffs,

14

        vs.

15

TWITTER, INC,

16

                                  Defendant.

17
18        Plaintiffs have filed a notice of dismissal, and Defendants have not yet answered the

19  complaint or filed a motion for summary judgment.  Pursuant to Fed. R. Civ. P. 41(a), this

20  action is therefore **DISMISSED WITHOUT PREJUDICE**.

21        **IT IS SO ORDERED**.

22  DATED:  July 11, 2011

23

24  **HONORABLE LARRY ALAN BURNS**
    United States District Judge

25
26
27
28